**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re:** John E. Fowler | **Chapter 13** |
| Donica S. King | |
| **Debtor(s)** | **Case No. 12-13300** |

### MOTION TO REOPEN CHAPTER 13 CASE

This Court, upon motion and consent of the U.S. Trustee, finds as follows:

1. That Debtors filed for protection under Chapter 13 of the United States Bankruptcy Code on August 10, 2012.

2. Debtor(s) wish to reopen this case to file an adversary proceeding.

**WHEREFORE DEBTOR PRAYS THAT:**

This Chapter 13 case be reopened to allow the debtors to file an adversary proceeding and for such further relief as this Court deems appropriate.

Respectfully Submitted,

/s/ Kevin F. O'Brien
Kevin F. O'Brien #10731
Attorney for Debtor
1890 Goodman Rd.
Ste. 201
Southaven, MS 38671
(662) 349-3339

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**In re: John E. Fowler**  **Chapter 13**
**Donica S. King**
**Debtor(s)**  **Case No. 12-13300**

## CERTIFICATE OF SERVICE

The undersigned individual hereby certifies that he, on this 8th, day of September 2020, electronically delivered true and correct copies of the attached "Motion to Reopen Chapter 13 Case" to the following parties at the addresses below:

**U.S. Trustee**
**Ustpregions05.ab.ecf@usdoj.gov**

**Locke Barkley, Trustee**
**sbeasley@barkley13.com**

**/s/ Kevin F. O'Brien**
**KEVIN F. O'BRIEN, MSB# 10731**
**O'Brien Law Firm, LLC**
**1890 Goodman Road East,**
**Suite 201**
**Southaven, MS. 38671**
**(662) 349-3339**