## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: John E. Fowler | Chapter 13 |
| Donica S. King | |
| Debtor(s) | Case No. 12-13300 |

### MOTION TO REOPEN CHAPTER 13 CASE

This Court, upon motion and consent of the U.S. Trustee, finds as follows:

1. That Debtors filed for protection under Chapter 13 of the United States Bankruptcy Code on August 10, 2012 and received a discharge on February 15, 2018. The Final Decree/Order Closing Case was entered on June 5, 2018 (dkt#96).

2. Debtor(s) wish to reopen this case to file an Adversary Proceeding to determine validity, priority, and extent of the lien of the second mortgage of Nationstar Mortgage, LLC d/b/a Mr. Cooper.

**WHEREFORE DEBTOR PRAYS THAT:**

This Chapter 13 case be reopened to allow the debtors to file an Adversary Proceeding to determine validity, priority, and extend of the lien of the second mortgage of Nationstar Mortgage, LLC d/b/ Mr. Cooper and for such further relief as this Court deems appropriate.

Respectfully Submitted,

/s/ Kevin F. O'Brien
Kevin F. O'Brien #10731
Attorney for Debtor
1890 Goodman Rd.
Ste. 201
Southaven, MS 38671
(662) 349-3339

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re:  John E. Fowler                                              Chapter 13
      Donica S. King
Debtor(s)                                                           Case No. 12-13300

## CERTIFICATE OF SERVICE

The undersigned individual hereby certifies that he, on this 10th, day of September 2020, electronically delivered true and correct copies of the attached "Motion to Reopen Chapter 13 Case" to the following parties at the addresses below:

**U.S. Trustee**
**Ustpregions05.ab.ecf@usdoj.gov**

**Locke Barkley, Trustee**
**sbeasley@barkley13.com**

**Nationstar Mortgage, LLC d/b/a Mr. Cooper**
**c/o Corporation Service Company, registered agent**
**7716 Old Canton Rd. Suite C.**
**Madison, MS 39110**

                                      **/s/ Kevin F. O'Brien**
                                      **KEVIN F. O'BRIEN, MSB# 10731**
                                      **O'Brien Law Firm, LLC**
                                      **1890 Goodman Road East,**
                                      **Suite 201**
                                      **Southaven, MS. 38671**
                                      **(662) 349-3339**